## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE | : |
| | : |
| ANTHONY J. SILVESTRI | : CHAPTER 7 |
| Debtor | : CASE NO. 16-20640(JJT) |
| | : |
| JOHN J. O'NEIL, JR., | : ADV. PRO. NO. 18-02013 |
| Chapter 7 Trustee | : |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| SHIRLEY A. MENCARELLI, ET AL | : June 26, 2018 |
| Defendant | : |

### NOTICE OF APPEARANCE AND REQUEST
### NOTICE OF HEARINGS AND ENTRY OF ORDERS

Please enter the following appearance on behalf of SHIRLEY A. MENCARELLI, a Defendant in the above-entitled adversary proceeding:

Anthony S. Novak
Fed. Bar #ct09074
Novak Law Office, P.C.
280 Adams Street
Manchester, CT 06042-1975

And further note our request for prompt notice of all hearings and entry of orders with respect to the above-captioned case.

                                          SHIRLEY A. MENCARELLI
                                          Defendant

                                          By */s/ Anthony S. Novak*
                                                Anthony S. Novak
                                                Fed Bar #ct09074
                                                Novak Law Office, P.C.
                                                280  Adams Street
                                                Manchester, CT 06040
                                                Tel: 860-432-7710
                                                Email: anthonysnovak@aol.com
                                                Her Attorneys

## CERTIFICATION

  I hereby certify that a copy of the foregoing was served via Notice of Electronic Filing for parties or counsel who are registered filers and via first class mail, postage prepaid to all other parties as follows this 26th day of June 2018:

Office of the U.S. Trustee (via ECF)  Jeffrey Hellman, Esq. (via ECF)
             (Plaintiff's Counsel)

            */s/ Anthony S. Novak*
            Anthony S. Novak