# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE | : |
| | : |
| ANTHONY J. SILVESTRI | : CHAPTER 7 |
| Debtor | : CASE NO. 16-20640(JJT) |
| | : |
| JOHN J. O'NEIL, JR., | : ADV. PRO. NO. 18-02013(JJT) |
| Chapter 7 Trustee | : |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| SHIRLEY A. MENCARELLI, ET AL | : November 27, 2019 |
| Defendant | : |

## MOTION TO WITHDRAW AS COUNSEL FOR SHIRLEY A. MENCARELLI

Anthony S. Novak, Esq. and/or Novak Law Office, P.C., counsel to Shirley A. Mencarelli ("Defendant") in the instant adversary proceeding, hereby requests an order from this Court authorizing Anthony S. Novak, Esq. and/or Novak Law Office, P.C. to withdraw as counsel to the Defendant Shirley A. Mencarelli in the above-referenced adversary proceeding and in support thereof, represents as follows:

1. Anthony S. Novak of Novak Law Office, P.C. entered his Appearance on behalf of Shirley A. Mencarelli on June 26, 2018 (Doc ID #26).

2. Good cause exists for the granting of this motion in that there has been an irreparable breakdown in the attorney-client relationship and a breach of the terms of the retention agreement between counsel and said Defendant. Defendant has failed to timely respond to communications from counsel with regard to reviewing documents to be filed on her behalf and with regard to requests for discovery.

3. Connecticut Rule of Professional Conduct 1.16 provides that counsel may withdraw his representation if "the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;" or when "the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client." Defendant has completely failed to fulfill her obligation to counsel regarding his services despite having repeatedly warned the Defendant that counsel will withdraw unless their obligation is fulfilled. Defendant's inability to maintain the relationship with counsel places counsel in a precarious position of not being able to defend her and/or having to spend considerable time and out of pocket costs if he is not permitted to withdraw.

4. This matter is in its early stages with substantial discovery yet to be completed by both Plaintiff and Defendants. Counsel seeks the granting of this motion for the reasons that continued representation will result in an unreasonable financial burden on him and Defendant has caused his representation to be unreasonably difficult.

Counsel moves the court to grant his motion to withdraw after notice to the Defendant that failure to either engage successor counsel or file her personal appearance will result in the granting of the motion to withdraw and may result in a dismissal or default being entered against her, in accordance with Local Rule 7(e) of Civil Procedure.

NOVAK LAW OFFICE, P.C.

By */s/ Anthony S. Novak*
Anthony S. Novak, Esq.
Fed Bar #ct09074
Novak Law Office, P.C.
280 Adams Street
Manchester, CT 06042-1975
Tel: 860-432-7710

## **CERTIFICATION**

I hereby certify that a copy of the Motion to Withdraw as Counsel was served Notice of Electronic Filing for parties or counsel who are registered filers and via first class mail, postage prepaid this 27th day of November 2019 to the following parties:

| | |
|---|---|
| Shirley A. Mencarelli<br>29 Soljer Drive<br>Waterford, CT 06385<br>**(VIA CERTIFIED MAIL)** | John J. O'Neil, Jr., Esq. - via ECF<br>(Chapter 7 Trustee)<br><br>Office of the U.S. Trustee - via ECF |
| Jeffrey Hellman, Esq. - via ECF<br>(Counsel to Chapter 7 Trustee) | |

*/s/ Anthony S. Novak*
Anthony S. Novak

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE | : |
| | : |
| ANTHONY J. SILVESTRI | : CHAPTER 7 |
| Debtor | : CASE NO. 16-20640(JJT) |
| | : |
| JOHN J. O'NEIL, JR., | : ADV. PRO. NO. 18-02013(JJT) |
| Chapter 7 Trustee | : |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| SHIRLEY A. MENCARELLI, ET AL | : |
| Defendant | : |

**PROPOSED ORDER GRANTING THE MOTION OF ANTHONY S. NOVAK, ESQ. OF NOVAK LAW OFFICE, P.C. TO WITHDRAW AS COUNSEL FOR SHIRLEY A. MENCARELLI, DEFENDANT**

The Court, having considered the motion of Anthony S. Novak, Esq. of Novak Law Office, P.C. to withdraw as counsel for the Defendant, Shirley A. Mencarelli, and good cause having been shown and/or no objections having been made, it is hereby

ORDERED that Anthony S. Novak, Esq. of Novak Law Office, P.C. may withdraw as counsel for the Defendant Shirley A. Mencarelli in Adv. Pro. No. 18-02013(JJT).